**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE KATRINA CANAL BREACHES                                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                NO. 05-4182

PERTAINS TO: ST. RITA                                          SECTION "K"(2)
*Gonzales*        C.a. No. 06-8972

**ORDER AND REASONS**

Before the Court are the following motions:

(1)     Motion to Remand filed by plaintiffs, Beulah and Lavador Gonzales (Doc. 1915)[1]

        and

(2)     United States' Motion to Dismiss Third-Party Demands (Doc. 1959).

This case is one among 45 cases filed in state court concerning alleged negligence and nursing

home malpractice that occurred at St. Rita's Nursing Home Facility ("St. Rita's") in the flooding

that occurred in the wake of Hurricane Katrina.  Having reviewed the pleadings, memoranda

and the relevant law, and for the reasons assigned in the Order and Reasons entered on May 15,

2007 (Doc. 4642) in *Alan Johnson v. Buffman, Inc., et al.,* C.A. No. 06-7400 which was

consolidated under *In re Katrina Canal Breaches Consolidated Litigation,* C. A. No. 05-4182,

        **IT IS ORDERED** that the Motion to Remand (Doc. 1915) is **DENIED**.

        **IT IS FURTHER ORDERED** that the United States' Motion to Dismiss Third-Party

Demands (Doc. 1959) is **GRANTED**.

---

[1]Plaintiff in this motion adopts numerous other pleadings in globo.  As the relief sought is in essence
granted by the *Johnson* decision, the Court will not address these arguments individually.

**IT IS FURTHER ORDERED** pursuant to 28 U.S.C. 1447(c), this case is **REMANDED**

the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.

New Orleans, Louisiana, this __15th__ day of May, 2007.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**

2